MARCUS B. SMITH (NV Bar # 12098)
LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy, Ste. 300
Las Vegas, NV 89169
Phone: (702) 862-7724
Email: mbsmith@littler.com

Attorneys for Defendant
CRITICALRIVER, INC.

MICHELLE R. FERBER (CA Bar # 149929)
JONATHAN R. BABIONE (CA Bar #270053)
CONNOR M. DAY (CA Bar # 233245)
(will comply with LR IA 11-2 within 45 days)
FERBER LAW, A Professional Corporation
2603 Camino Ramon, Suite 385
San Ramon, California 94583
Phone: (925) 355-9800
Email: mferber@ferberlaw.com; jbabione@ferberlaw.com
        cday@ferberlaw.com

Attorneys for Defendant
CRITICALRIVER, INC.

JOSEPH G. WENT (NV Bar # 9220)
SYDNEY R. GAMBEE (NV Bar # 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4619
Email: JGWent@hollandhart.com
SRGambee@hollandhart.com

Attorneys for Plaintiffs
ORIGIN CONSULTING, LLC, and
ORIGIN HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORIGIN CONSULTING, LLC, a Nevada limited liability company; and ORIGIN HOLDINGS, INC., a Nevada corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CRITICALRIVER, INC., a Delaware corporation; and DOES 1 through X; and ROES 1 through X,<br><br>　　　　　Defendants | Case No. 2:19-cv-1997-KJD-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys, that Defendant CRITICALRIVER, INC., may have additional time within which to answer or otherwise respond to Plaintiffs' First Amended Complaint. Therefore, the last day for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint is Friday, February 21, 2020.

Good cause exists for this extension as lead defense counsel has been unexpectedly on a leave of absence and will be so for an indefinite period of time. This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiffs' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated: February 12, 2020

LITTLER MENDELSON, P.C.

By: _____
Marcus B. Smith
Attorneys for Defendant
CRITICALRIVER, INC.

Dated: February 12, 2020

FERBER LAW, A Professional Corporation

By: _____
Michelle R. Ferber
Jonathan R. Babione
Connor M. Day
Attorneys for Defendant
CRITICALRIVER, INC.

Dated: February 12, 2020

HOLLAND & HART LLP

By: _____
Joseph G. Went
Sydney R. Gambee
Attorneys for Plaintiffs
Origin Consulting, LLC and Origin Holdings, Inc.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 13, 2020